FARMER v. STATE. (3 Div. 451.) (Court of Appeals of Alabama. April 10, 1923.) Ap-

---

[1] Ante, p. 178.

peal from Circuit Court, Autauga County; B. K. McMorris, Judge.

BRICKEN, P. J. Appeal dismissed.